1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBIN GILLEN STARR,

11             Petitioner,                    No.  2:12-cv-0083 KJN P

12         vs.

13   STATE OF CALIFORNIA, et al.,

14             Respondents.                   ORDER

15   _____/

16            On January 14, 2012, petitioner was given thirty days to file an in forma pauperis

17   affidavit, or to pay the appropriate filing fee, in order to proceed with his petition for writ of

18   habeas corpus filed January 11, 2012.  Petitioner was cautioned that failure to submit an in forma

19   pauperis application or pay the filing fee would result in the dismissal of this action.  The thirty-

20   day period has now expired.  Petitioner's myriad papers, filed on February 3, 2012, fail to satisfy

21   the court's order.  Petitioner will be give one additional opportunity to file an application to

22   proceed in forma pauperis, or to pay the appropriate filing fee ($5.00).

23            In accordance with the above, IT IS HEREBY ORDERED that:

24            1. Petitioner shall submit, **within fourteen days after the filing date of this**

25   **order**, an affidavit in support of his request to proceed in forma pauperis (on the form provided

26   with this order), OR the appropriate filing fee ($5.00);

1

1          2.  Petitioner's failure to comply with this order will result in a recommendation

2    that this action be dismissed; and

3          3.  The Clerk of the Court is directed to again send petitioner a copy of the in

4    forma pauperis application form used in this district.

5    DATED:  March 7, 2012

6

7    _____
     KENDALL J. NEWMAN

8    UNITED STATES MAGISTRATE JUDGE

9    star0083.fifp.2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26