IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBIN GILLEN STARR,

        Petitioner,                     No.  2:12-cv-0083 KJN P

    vs.

STATE OF CALIFORNIA, et al.,

        Respondents.               <u>ORDER</u>

                                   /

        On January 14, 2012, petitioner was given thirty days to file an in forma pauperis affidavit, or to pay the appropriate filing fee, in order to proceed with his petition for writ of habeas corpus filed January 11, 2012.  Petitioner was cautioned that failure to submit an in forma pauperis application or pay the filing fee would result in the dismissal of this action.  The thirty-day period has now expired.  Petitioner's myriad papers, filed on February 3, 2012, fail to satisfy the court's order.  Petitioner will be give one additional opportunity to file an application to proceed in forma pauperis, or to pay the appropriate filing fee ($5.00).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, **within fourteen days after the filing date of this order**, an affidavit in support of his request to proceed in forma pauperis (on the form provided with this order), OR the appropriate filing fee ($5.00);

1

        2. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

        3. The Clerk of the Court is directed to again send petitioner a copy of the in forma pauperis application form used in this district.

DATED:  March 7, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

star0083.fifp.2